**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jorge GOMEZ, Defendant–Appellant.**

No. 04–10054.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Jan. 20, 2005.

Susan B Cowger, Aaron Wiley, U.S. Attorney's Office Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Jorge Gomez, Fort Dix, NJ, for Defendant–Appellant.

Before WIENER, BENAVIDES and STEWART, Circuit Judges.

PER CURIAM: *

Jorge Gomez, federal inmate # 32875–077, appeals the district court's denial of his motion under FED.R.CRIM.P. 32 to correct the Presentence Report (PSR). The Government's motion to dismiss Gomez's appeal as frivolous is DENIED. Further briefing, however, is unnecessary.

Complaints regarding the contents of a PSR must be raised prior to the imposition of sentence; therefore, the district court did not have jurisdiction to consider Gomez's postsentence motion to correct the PSR. See United States v. Engs, 884 F.2d 894, 895–97 (5th Cir.1989). This court is, therefore, without jurisdiction over Gomez's appeal. See United States v. Key, 205 F.3d 773, 774 (5th Cir.2000). The judgment of the district court is VACATED, and the appeal is DISMISSED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.